**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHASE RICHARD**                                                    **PLAINTIFF**
**ADC #160894**

**V.**                                **NO. 3:22-cv-00028-JM-ERE**

**STEVEN DAVIS**                                                    **DEFENDANT**

**ORDER**

Plaintiff Chase Richard, an inmate at the Sharp County Detention Center

("Detention Center"), filed this federal civil rights lawsuit *pro se* under 42 U.S.C. §

1983. *Doc. 2*. In his complaint, Mr. Richard alleges that Defendant Steven Davis,

Jail Administrator, has acted with deliberate indifference to his serious medical

needs arising from severe abdominal pain.[1] For screening purposes, Mr. Richard has

stated a constitutional claim against Defendant Davis, and service is now proper.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court is directed to prepare a summons for Defendant

Steven Davis.

---

[1] The Court does not interpret Mr. Richard's general comment that there should be
a court-conducted investigation into the Detention Center as an actual request for such an
investigation. However, if that was his intent, the Court would recommend dismissal of
such a request. First, the Court cannot involve itself in the day-to-day operations of the
Detention Center. Second, Mr. Richard can only pursue claims for unconstitutional conduct
he has personally experienced. Third, Mr. Richard cannot bring unrelated claims in a single
lawsuit. However, he can file a new lawsuit to pursue claims that are unrelated to the
medical deliberate indifference claim he is pursuing in this action.

2.     The United States Marshal is directed to serve Defendant Davis with a summons and a copy of the complaint (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Defendant Davis should be through the Sharp County Detention Center, Post Office Box 157, Ash Flat, Arkansas 72513.

DATED this 8th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE