IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHASE RICHARD**                                                                         **PLAINTIFF**
**ADC #160894**

**V.**                              **NO. 3:22-cv-00028-JM**

**STEVEN DAVIS**                                                         **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Davis' motion for summary judgment (*Doc. 15*) is GRANTED. Mr. Richard's claims are DISMISSED, with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 14th day of February, 2023.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE