IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHASE RICHARD                                                                                        PLAINTIFF
ADC #160894

V.                                           NO. 3:22-cv-00028-JM

STEVEN DAVIS                                                                                         DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 14th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE